20 So.2d 890

**J. A. NICHOLS v. Wildie B. MORGAN et al.**

6 Div. 199.

Supreme Court of Alabama.

Nov. 30, 1944.

PER CURIAM.

Appeal dismissed, want of prosecution.

20 So.2d 890

**Ex parte W. O. PHILLIPS.**

7 Div. 803.

Supreme Court of Alabama.

Jan. 9, 1945.

Motley & Motley and Hood, Inzer, Martin & Suttle, all of Gadsden, for petitioner.

PER CURIAM.

Petition dismissed, motion of petitioner.

19 So.2d 850

**S. E. and W. W. DEAL CO., Inc., v. J. E. SANDERS.**

6 Div. 264.

Supreme Court of Alabama.

Oct. 5, 1944.

Reuben H. Wright, of Tuscaloosa, for appellant.

F. F. Windham and John R. Bealle, both of Tuscaloosa, and D. G. Ewing, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

21 So.2d 853

**Ex parte Annie SMITH.**

7 Div. 833.

Supreme Court of Alabama.

April 12, 1945.

A. L. Crumpton, of Ashland, for petitioner.

PER CURIAM.

Petition dismissed, motion of petitioner.

19 So.2d 850

**SOUTHERN AMIESITE ASPHALT CO. v. TOWN OF LINCOLN.**

7 Div. 772.

Supreme Court of Alabama.

Oct. 31, 1944.

Lange, Simpson, Brantley & Robinson, of Birmingham, and Knox, Dixon & Dixon, of Talladega, for appellant.

W. A. Weaver, of Pell City, and C. W. Stringer, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

19 So.2d 850

**Ex parte STATE ex rel. Erin Gilmer HUDSON.**

2 Div. 205.

Supreme Court of Alabama.

Nov. 2, 1944.

Pettus & Fuller, of Selma, for petitioner.

PER CURIAM.

Rule nisi denied.